

# THE ATTORNEY GENERAL

## OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

August 21, 1968

Col. Thomas C. Green, P.E.                    Opinion No. M-270
Member Secretary
Texas State Board of Registration        Re:  Whether an individual em-
  for Professional Engineers                  ployed on a temporary and
Austin, Texas                                 seasonal basis to assist
                                              with the handling of ex-
                                              amination papers may be
                                              paid his salary from
                                              Line Item 6 of the de-
                                              partmental appropria-
                                              tion to the Texas State
                                              Board of Registration
                                              for Professional Engineers
                                              in Senate Bill 15, Acts
                                              60th Legislature, 1967,
Dear Colonel Green:                           Regular Session.

          You have requested the opinion of this office upon
the question of whether the Texas State Board of Registration
for Professional Engineers may hire an individual on a tem-
porary and seasonal basis to assist with the handling of ex-
amination papers and pay such individual's salary from Line
Item 6 of the departmental appropriation to the Texas State
Board of Registration for Professional Engineers as found in
Senate Bill 15, Acts 60th Legislature, 1967, Regular Session,
the General Appropriations Bill.

          Line Item 5 of that departmental appropriation
contains an appropriation for seasonal help, and Line Item 6
contains an appropriation for examination expense and pro-
fessional fees and services.

          Article 3271a, Vernon's Civil Statutes, the Texas
Engineering Practice Act, places upon the Texas State Board of
Registration for Professional Engineers the responsibility of
conducting certain examinations of those individuals desirous
of becoming licensed to practice engineering in the State of
Texas.  Such responsibility to conduct examinations carries
with it the authority to take such action as the Texas State
Board of Registration for Professional Engineers feels is
necessary to comply with its responsibility of giving ex-
aminations, and this would include the hiring of personnel
necessary to conduct such examinations.

-1311-

Since the hiring of an individual to assist with the handling of examination papers would seem to be a valid and necessary examination expense, we are of the opinion that an individual employed by the Texas State Board of Registration for Professional Engineers on a temporary and seasonal basis to assist with the handling of examination papers may be paid his or her salary from either Line Item 5 or Line Item 6 of the departmental appropriation to the Texas State Board of Registration for Professional Engineers as found in Senate Bill 15, Acts 60th Legislature, 1967, Regular Session, the General Appropriations Bill

## S U M M A R Y

The Texas State Board of Registration for Professional Engineers may pay an individual employed on a temporary and seasonal basis to assist with the handling of examination papers from either Line Item 6 or Line Item 5 of the departmental appropriation to the Texas State Board of Registration for Professional Engineers, as found in Senate Bill 15, Acts 60th Legislature, 1967, Regular Session, the General Appropriations Bill.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Pat Bailey
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
Joe Clayton
Robert Owen
Jack Goodman
Bill Craig

A. J. CARUBBI, JR.
Executive Assistant